HARRY GERMANOW and JULIUS SIMON, Copartners, Doing Business under the Name and Style of GERMANOW-SIMON MACHINE COMPANY, Respondents, Appellants, v. STANDARD UNBREAKABLE WATCH CRYSTALS, INC., Appellant, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.   Present — Sears, P. J., Crosby, Lewis Taylor and Dowling, JJ.

AMBROSE J. MCNAMARA, Respondent, v. HERBERT S. POWELL and POWELL MUFFLER Co., INC., Successor to POWELL MUFFLER Co., Appellants.— Motion for reargument denied; motion for a stay denied; motion for leave to appeal to the Court of Appeals granted and question for review certified.   [See 256 App. Div. 554; ante, p. 912.]   Present — Sears, P. J., Crosby, Cunningham and Taylor, JJ.

HELEN DECESARE, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted.   [See 256 App. Div. 1036.]   Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

JEANNETTE M. HOUSE, Appellant, v. JAMES S. BODOUR, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. [See 256 App. Div. 1037.]   Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

HENRY CHENEY, Appellant, v. NATIONAL SURETY CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.   Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

ALICE CHENEY WING, Appellant, v. NATIONAL SURETY CORPORATION, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied.   Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

CECELIA SCHUMANN, Respondent, v. NATIONAL PRESSURE COOKER COMPANY, Appellant, and E. W. EDWARDS & SON, Defendant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied.   Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

ISAAC M. SCHUMANN, Respondent, v. NATIONAL PRESSURE COOKER COMPANY, Appellant, and E. W. EDWARDS & SON, Defendant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied.   Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.